IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE LAMONT CROMWELL, )<br>)<br>Plaintiff,       )<br>)<br>)<br>v.        )<br>)<br>JOSEPH FICHTER, *et al.*,     )<br>)<br>Defendants.      ) | Civil Action No. 21 – 175<br><br>District Judge Joy Flowers Coni<br>Magistrate Judge Lisa Pupo Lenihan |

**ORDER**

**AND NOW**, this 14th day of April, 2021, pursuant to the Court's Opinion and Order dated April 8, 2021,

**IT IS HEREBY ORDERED** that ruling on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1) is **DEFERRED** pending the decision of the Third Circuit Court of Appeals in Talley v. Wetzel, No. 19-3055 (3d Cir.).

**IT IS FURTHER ORDERED** that all deadlines are currently **STAYED** and the Clerk of Court shall mark this case **ADMINISTRATIVELY CLOSED**.

**AND IT IS FURTHER ORDERED** that this case will promptly be reopened by the Court after the Third Circuit has issued its ruling in Talley, *supra*.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:  Andre Lamont Cromwell
     LL4349
     SCI Fayette
     50 Overlook Drive
     LaBelle, PA  15450